No. A–1124. HENRY ET AL. *v.* WARNER, SECRETARY OF THE NAVY, ET AL. Application for order to vacate in part order of the United States Court of Appeals for the Ninth Circuit, dated May 8, 1973, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 71–1255. UNITED STATES *v.* ASH. C. A. D. C. Cir. [Certiorari granted, 407 U. S. 909.] Motion of respondent for leave to file supplemental brief after argument granted.

No. 72–6660. BUCKLES *v.* MEACHAM, PENITENTIARY SUPERINTENDENT, ET AL.;
No. 72–6662. WARD *v.* ANDERSON, WARDEN; and
No. 72–6682. MCKINNEY *v.* CRAVEN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–6537. ACARINO *v.* MISHLER, CHIEF JUDGE, U. S. DISTRICT COURT. Motion for leave to file petition for writ of mandamus denied.

No. 72–6156. LEWIS *v.* CITY OF NEW ORLEANS. Appeal from Sup. Ct. La. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.